In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-11896

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JUSTIN RYAN CULMO,
a.k.a. Avalanche,
a.k.a. TheRealAvalanche,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cr-00385-VMC-CPT-1

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 7, 2026

For the Court: DAVID J. SMITH, Clerk of Court